MARCH 9, 1953.

No. 451.   ALLEN v. MISSISSIPPI.   On appeal from, and petition for writ of certiorari to, the Supreme Court of Mississippi.   *Per Curiam:* The appeal is dismissed for the want of jurisdiction.   28 U. S. C. § 1257 (2).   The petition for writ of certiorari is denied.   *Forrest B. Jackson* for appellant-petitioner.

No. 203.   CITY OF NEW YORK v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD Co., 344 U. S. 293.   The motion to modify the judgment is denied.

No. 338, Misc.   LOPER v. COURT OF CRIMINAL APPEALS OF TEXAS.   Motion for leave to file petition for writ of mandamus denied.

No. 340, Misc.   CONNOR v. MAYO, CUSTODIAN OF FLORIDA STATE PRISON; and
No. 350, Misc.   WATKINS v. DOWD, WARDEN.   Motions for leave to file petitions for writs of habeas corpus denied.